COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:  01-15-00436-CV

Style:  *The City of Friendswood and Kevin Holland, Appellants v. Paul and Carolyn Horn, Mike and Lucy Stacy, Pete and Judy Garcia, and Janice Franke, Appellees*

Type of motions:  Motion for rehearing filed March 28, 2016

Party filing motions:  Appellees

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                         Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date: April 21, 2016